UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JUN -6 PM 4:06

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>IGNACIO RUIZ-CARDENAS,<br><br>        Defendant. | CASE NO. 12CR1600-DMS<br><br>JUDGMENT OF DISMISSAL<br>(Rule 48, F.R.Crim.P.) |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _21 USC 952 AND 960_ .

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JUNE 5, 2012

               /s/ Ruben B. Brooks
               RUBEN B. BROOKS
               UNITED STATES MAGISTRATE JUDGE

             ENTERED ON _____